

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2016

No. 04-16-00410-CR

Patricia Ann **HAINES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1337-CR-C
The Honorable William Old, Judge Presiding

# O R D E R

Patricia M. Wagner's notification of late reporter's record is hereby GRANTED. The reporter's record is due on or before September 26, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court